NO. 07-09-0234-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

MAY 7, 2010

 

______________________________

 

 

THE STATE OF TEXAS, APPELLANT

 

V.

 

CHRIS ALLEN McLAIN, APPELLEE

 

 

_________________________________

 

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

 

NO. B18002-0904; HONORABLE EDWARD LEE SELF, JUDGE

 

_______________________________

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

DISSENTING OPINION ON
STATE'S MOTION FOR REHEARING

            Without written opinion, the majority
has decided to overrule the State's Motion for Rehearing.  Because I believe the State has raised a
legitimate issue as to whether or not Appellee waived Article 38.23 as a basis
for suppression of evidence seized pursuant to the search warrant the subject
of this appeal, I would grant the State's motion to address that issue.  See Resendez v. State, No. PD-0917-08, 2009 WL 3365656,
(Tex.Crim.App. Oct. 21, 2009); 2009 Tex.Crim.App. LEXIS 1439 (Tex.Crim.App. Oct. 21, 2009) (designated for
publication).

 

                                                                                      Patrick A. Pirtle

                                                                                            Justice

 

 

Publish.